JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| John W. Stumetz, | ) | CASE NO.SACV 07-1249-JVS(FMOx) |
| | ) | ORDER OF DISMISSAL UPON |
| Plaintiff, | ) | SETTLEMENT OF CASE |
| v. | ) | |
| The First American Corp., et al., | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

  IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: July 2, 2008

_____
James V. Selna
United States District Judge